171 A.3d 1259

TOWNSHIP OF LONG BEACH, PLAINTIFF, v. LISA
A. TOMASI, DEFENDANT-MOVANT.

M–258 Sept.Term 2017
080177

October 20, 2017

ORDER

It is ORDERED that the motion to stay construction activities
is granted, only pending the Court's disposition of the appeal.

171 A.3d 1260

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JAY R. GOLDBERG, DEFENDANT-PETITIONER.

C–222 Sept. Term 2017
079410

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001340–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.